# CASE ANNOUNCEMENTS
*August 4, 2014*

[Cite as *08/04/2014 Case Announcements*, 2014-Ohio-3364.]

## MOTION AND PROCEDURAL RULINGS

**2013–0711. State v. Belew.**
Lucas App. No. L–11–1279, 2013-Ohio-1078. This cause came on for further consideration upon the filing of the motion for admission pro hac vice of Brockton D. Hunter. It is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

# CASE ANNOUNCEMENTS
*August 5, 2014*

[Cite as *08/05/2014 Case Announcements*, 2014-Ohio-3386.]

## MOTION AND PROCEDURAL RULINGS

**2014–0720. Lakewood Local Schools Bd. of Edn. v. Licking Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–215. This cause is pending before the court as an appeal from the Board of Tax Appeals.
Upon consideration of the joint motion to remand to the Board of Tax Appeals to implement a settlement agreement, it is ordered by the court that the motion is granted and the cause is remanded to the Board of Tax Appeals to take further action as appropriate.
It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–0851. Freedom Mtge. Corp. v. Vitale.**
Tuscarawas App. No. 2013 AP 08 0037, 2014-Ohio-1549. This cause is pending before the court as a jurisdictional appeal.
Upon consideration of the notice of bankruptcy and suggestion of stay, it is ordered by the court that this cause is stayed pending resolution of the bankruptcy case. The parties shall notify this court immediately upon conclusion of the bankruptcy proceedings or a lifting of the automatic stay imposed by 11 U.S.C. 362.

# CASE ANNOUNCEMENTS
*August 6, 2014*

[Cite as *08/06/2014 Case Announcements*, 2014-Ohio-3399.]

## MISCELLANEOUS DISMISSALS

**2014–0187. State ex rel. Rhodes v. Porter.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.
Upon consideration of relator's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.